In the Matter of DAVID FORMAN and Others to Compel HERMAN WEISS to Proceed to Arbitration.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of MARGARET OLIVIA SAGE, Deceased.— Preference granted for December 12, 1922. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of ANDREAS M. MILLER, Deceased.— Preference granted for January 10, 1923. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of DAVID PRICE, Deceased.— Preference granted for December 12, 1922. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ANGELINA GARGANO and Others v. UNION TRANSPORT CO., INC.— Motion granted, with leave to respondents to file reply if so advised. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

JAMES MILLER v. MAY MILLER.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

JOSEPH D. TOMLINSON, as Trustee in Bankruptcy of NATIONAL STEAMSHIP LINES, LTD., Appellant, v. DICK CHIARELLO and Others, Impleaded with EAST RIVER NATIONAL BANK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, on the authority of *Sherwood v. Holbrook* (178 App. Div. 462, 464; 188 id. 712; affd., 231 N. Y. 533). Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

FAMOUS PLAYERS-LASKY CORPORATION, Respondent, v. RODOLPH VALENTINO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

INDEPENDENT LAMP AND WIRE COMPANY, Appellant, v. KANSAI DENKYU KABUSHIKI KAISHA and Another, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

THOMAS ROULSTON, INC., Appellant, v. HYMAN RESSLER, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

EDWARD DUBIED & COMPANY, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Page, Smith, Greenbaum and Finch, JJ.

TRUSTEES OF MASONIC HALL AND ASYLUM FUND, Respondents, v. INTERNATIONAL CHURCH FILM CORPORATION, Impleaded with BRONSON BATCHELOR and Others, as Trustees, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

LEWIS M. ADAMS, Appellant, v. ACCEPTANCE CORPORATION and Others, Defendants, Impleaded with HENRY B. LEARY, Respondent.— Appeal dismissed, with ten dollars costs and disbursements, upon the ground that the appeal was not properly taken within the time allowed by the Civil Practice Act (§ 612) the appellant at the time the notice of appeal was served being stayed for non-payment of costs imposed by another order herein. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.